IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Dennis J Davis | : | Bankruptcy No. 24-20712-CMB |
| | Darlene L Davis | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Document No. |
| Movant | | : | |
| | | : | |
| v. | | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Alcoa Pittsburgh FCU

    Incorrect Address:    30 Isabella St, Suite 100, Pittsburgh PA 15212

Corrected Address:

    Creditor Name:    Alcoa Pittsburgh FCU

    Correct Address:    201 Isabella St, Suite 100, Pittsburgh PA 15212

Dated    4/1/2024

    Electronic Signature of Debtor(s)' Attorney

    Typed Name

FILED
04/02/24 11:50:02 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

    Address

    Phone No.

    Bar I.D. and State of Admission