IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 24-20712 CMB |
| Dennis J. Davis | ) Chapter 13 |
| Darlene L. Davis, | ) |
| *Debtors* | ) Related to: Document No. 31 |
| | ) |
| Dennis J. Davis | ) |
| Darlene L. Davis, | ) |
| *Movants* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Ronda J. Winnecour, Trustee | ) |
| *Respondent* | ) |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this  2nd  day of _____July_____, 2025, it is hereby ORDERED, ADJUDGED and DECREED, that

1) The Debtors, Dennis and Darlene Davis, are permitted to sell the 2015 Cadillac SRX with over 96,000 miles.

2) The vehicle is having serious transmission issues and is currently unsafe to run. The debtors do not have the money available to fix the vehicle to a point where it could safely run.

3) The Debtors estimate that they can get up to $4,600.00 from the sale of the vehicle.

4) The vehicle is owned free and clear by the Debtors.

5) Debtors have claimed an exemption of $8,900.00 under 11 U.S.C. § 522(d)(2).

6) The Debtors intend to use the proceeds from this sale to purchase a replacement vehicle without the need for financing, which would help them continue to afford the plan payments.

7) Any amount received over the $8,900.00 exemption claimed is to be sent to Ronda Winnecour, Trustee, to be earmarked for distribution to timely filed unsecured creditors.

8) A Report of Sale shall be filed within seven (7) days of the sale of the vehicle.

SIGNED
7/2/25 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20712-CMB |
| Dennis J. Davis | Chapter 13 |
| Darlene L. Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis J. Davis, Darlene L. Davis, 1681 New Haven Avenue, Pittsburgh, PA 15216-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | |
| | on behalf of Creditor Borough of Dormont rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Kenneth Steidl | |
| | on behalf of Debtor Dennis J. Davis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Darlene L. Davis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7