IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-20712 CMB |
| | ) | Chapter 13 |
| Dennis J. Davis | ) | |
| Darlene L. Davis, | ) | Related to: Document No. 37 |
| *Debtors* | ) | |
| | ) | |
| Dennis J. Davis | ) | |
| Darlene L. Davis, | ) | |
| *Movants* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondent* | ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this <u>29th</u> day of <u>January</u>, 2026, it is hereby ORDERED, ADJUDGED and DECREED, that

1) The Debtors, Dennis and Darlene Davis, are permitted to transfer the title for the 2003 Mercedes Benz e320 with over 95,000 miles.

2) The Debtors estimate that they can get up to $1,500.00 from scrapping the vehicle.

3) The vehicle is owned free and clear by the Husband Debtor.

4) The Husband Debtor has not claimed an exemption on the vehicle.

5) The entire amount of what the Debtors sell or scrap the vehicle for is to be sent to Ronda Winnecour, Trustee, to be earmarked for distribution to timely filed unsecured creditors.

6) A Report shall be filed within seven (7) days of the vehicle being scrapped that will detail the funds that can be expected by the Trustee.

SIGNED
1/29/26 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
United States Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-20712-CMB

Dennis J. Davis                                                                Chapter 13

Darlene L. Davis

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

**Recip ID**                  **Recipient Name and Address**
db/jdb                +  Dennis J. Davis, Darlene L. Davis, 1681 New Haven Avenue, Pittsburgh, PA 15216-1918

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | on behalf of Creditor Borough of Dormont rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Dennis J. Davis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Darlene L. Davis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jan 29, 2026                                Form ID: pdf900                               Total Noticed: 1

Keri P. Ebeck
                          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 7